UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 11698
RONALD CHESTER GAWLIK

                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-3548


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/08/08 .

   2.  The case was dismissed without confirmation, 09/12/2008.


------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATION POINT | CURRENT MORTG | .00 | .00 | .00 |
| NATION POINT | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| NATION POINT | SECURED | .00 | .00 | .00 |
| NATION POINT | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FOSTER PREMIUM INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | SECURED VEHIC | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| CASH SUPPLY | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |

            Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3500.00
and was paid $   1300.00  direct and $      .00  through the plan.

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 11/13/08                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
        CASE NO. 08 B 11698 RONALD CHESTER GAWLIK
```